# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA AUSTIN**                                                                                          **PLAINTIFF**

v.                                  Case No. 3:20-cv-00351-JTK

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                                      **DEFENDANT**

## ORDER

Plaintiff Lisa Austin filed the instant complaint against Defendant on November 3, 2020. As of the date of this Order, there is no indication that Plaintiff has perfected service pursuant to Rule 4 of the Federal Rules of Civil Procedure. Therefore, within thirty (30) days, Plaintiff must provide proof of service or show good cause for an extension of time to serve the Defendant. If Plaintiff fails to comply, the undersigned may dismiss this action without prejudice for failure to effectuate proper service and failure to prosecute.

SO ORDERED THIS 2nd day of February, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE