IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA AUSTIN                                                                                              PLAINTIFF

V.                                       NO. 3:20-CV-00351-JTK

KILOLO KIJAKAZI,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 10th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE